IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAERA REED,

                Plaintiff,

    v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
KYLE HOFF and CHARLES PALMER,

                Defendants.

ORDER

17-cv-590-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAIGE RAY-CLUNEY,

                Plaintiff,

    v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
CHARLES PALMER, DARRELL STETZER and
ANDREW YORDE,

                Defendants.

ORDER

17-cv-591-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On December 28, 2017, I dismissed all of plaintiffs Laera Reed and Paige Ray-Cluney's claims against defendant Charles Palmer. Plaintiffs' claims against the other defendants remain. Now plaintiffs have filed motions for final judgment against Palmer under Fed. Rule Civ. P. 54(b). I will grant the motions. All of plaintiffs' claims against

1

Palmer have been dismissed, plaintiffs' motions are timely, no party has opposed the motions and there is "no just reason" to delay entry of judgment as to Palmer. King v. Newbold, 845 F.3d 866, 868 (7th Cir. 2017) (citing Fed. R. Civ. P. 54(b)).

ORDER

IT IS ORDERED that

1. The motions of plaintiffs Paige Ray-Cluney and Laera Reed for entry of partial final judgment, dkt. #24 (17-cv-590-bbc) and #dkt. 27 (17-cv-591-bbc) are GRANTED.

2. The clerk of court shall enter judgment in favor of defendant Charles Palmer on all of plaintiffs' claims against him.

Entered this 14th day of February, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge