IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAIGE RAY-CLUNEY,

    Plaintiff,

v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRIAN GUSTKE, LORI MCCALLISTER,
CHARLES PALMER, DARRELL STETZER,
and ANDREW YORDE,

    Defendants.

PARTIAL JUDGMENT
IN A CIVIL CASE

Case No. 17-cv-591-bbc

---

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a partial decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Charles Palmer against plaintiff Paige Ray-Cluney dismissing Ray-Cluney's federal constitutional claims against Palmer on grounds of qualified immunity, dismissing Ray-Cluney's Iowa state tort claims against Palmer without prejudice for failure to exhaust administrative remedies, and declining to exercise supplemental jurisdiction over Ray-Cluney's claims against Palmer under the Iowa Constitution.

It appearing that there is no just reason for delay, I direct that this partial final judgment be entered.

This \_\_16th\_\_ day of February, 2018.

_____
Barbara B. Crabb
District Judge

_____       2/21/18
Peter Oppeneer                             Date
Clerk of Court