IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **PAIGE RAY-CLUNEY**, | |
| Plaintiff, | Case No. 17-cv-591 bbc |
| v. | |
| **JOHN OURADA**, individually and in his official capacity; **PAUL WESTERHAUS**, individually and in his official capacity; **WAYNE S. OLSON**, individually and in his official capacity; **WENDY PETERSON**; individually and in her official capacity; **BRIAN GUTSKE**, in his individual capacity; **LORI McCALLISTER**; individually and in her official capacity; **ANDREW YORDE**, individually and in his official capacity; **DARREL STETZER** individually and in his official capacity; and **CHARLES PALMER**, individually and in his official capacity as Director of the Iowa Department of Human Services. | NOTICE OF APPEAL |
| Defendants. | |

Notice is given that Paige Ray-Cluney, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit judgement from Defendant Palmer's Motion to Dismiss entered in this action on February 22, 2018.

Dated and signed this 22 day of February, 2018.

By: _____
John M. Sandy
SANDY LAW FIRM, P.C.
304 18th Street, Box 445
Spirit Lake, Iowa 51360
Phone: 712-336-5588
Fax:    712-336-5589
Email:  jmsandy@sandylawpractice.com
ATTORNEY FOR PLAINTIFF