IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAERA REED,

                                                  ORDER

                Plaintiff,

                                                17-cv-590-bbc

      v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
KYLE HOFF and CHARLES PALMER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAIGE RAY-CLUNEY,

                                                ORDER

                Plaintiff,

                                               17-cv-591-bbc

      v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
CHARLES PALMER, DARRELL STETZER and
ANDREW YORDE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties in this case have filed a joint motion to stay proceedings pending plaintiffs Laera Reed and Paige Ray-Cluney's appeal of the dismissal of their claims against defendant Charles Palmer. Dkt. #33. The motion is GRANTED. The case will be stayed for six months, until September 21, 2018, and the remainder of the schedule is STRICKEN. The

1

clerk of court is directed to set a scheduling conference with the magistrate judge for a date shortly after September 21, 2018.

IT IS SO ORDERED.

Entered this 21st day of March, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge